UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD GRATTON,

       Petitioner,

v.

GREG MCQUIGGIN,

       Respondent.

_____/

Case No. 2:09-cv-14782

HONORABLE DENISE PAGE HOOD

**JUDGMENT**

    This matter comes before the Court on a Petition for Writ of Habeas Corpus.  In

accordance with the Opinion and Order entered on January 31, 2013, the Petition for Writ

of Habeas Corpus is DENIED WITH PREJUDICE.

    Dated at Detroit, Michigan this 31st day of January, 2013.

                DAVID J. WEAVER
                CLERK OF THE COURT


           BY:  s/LaShawn R. Saulsberry_____
                DEPUTY CLERK


APPROVED:


s/Denise Page Hood_____
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was served upon counsel of record
on January 31, 2013, by electronic and/or ordinary mail.

                s/LaShawn R. Saulsberry_____
                Case Manager